UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MELODY DANIELS, on behalf of herself
and all others similarly situated

          Plaintiff(s),

v.

WORLD WIDE TRACERS, INC.,

          Defendant(s).

CASE NO. CV-09-5869 JW (HRLx)

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*  The parties agree to private mediation. The date and mediator shall be agreed upon and set forth in the Joint CMC to be filed by 3/29/10.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  The parties request the deadline be set 150 days after Order.

Dated: 3/18/2010

Dated: 3/18/2010

/s/ Gene J. Stonebarger
Attorney for Plaintiff

/s/ William E. Pallares
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
  Mediation
✓ Private ADR

Deadline for ADR session
  90 days from the date of this order.
✓ other   150 from the date of Order

IT IS SO ORDERED.

Dated:   March 24, 2010

_____
The Honorable James Ware
UNITED STATES DISTRICT   JUDGE

## CERTIFICATE OF SERVICE

1. The undersigned hereby certifies that on March _18_, 2010, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's ECF/PACER electronic filing system to all counsel of record.

SERVICE LIST:

Karl R. Loureiro
loureiro@lbbslaw.com
William E. Pallares
pallares@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone: (213) 250-1800
Facsimile:  (213) 250-7900

_/s/ Yvonne Sabolboro_
Yvonne Sabolboro

STONEBARGER LAW
A Professional Corporation

CERTIFICATE OF SERVICE